AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

☒ FILED    ☐ LODGED

**May 06 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

SEALED

## Return

| Case No.:<br>26.1326mb | Date and time warrant executed:<br>04/27/2026 12:15 pm | Copy of warrai |
|---|---|---|

Inventory made in the presence of :
  CFA Marco Rodriguez

Inventory of the property taken and name of any person(s) seized:

  Electronic Evidence

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  ___05/06/2026___

COLIN T CUMMINGS    Digitally signed by COLIN T CUMMINGS
Date: 2026.05.06 12:25:49 -07'00'

*Executing officer's signature*

Colin Cummings, Special Agent - HSI

*Printed name and title*